UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM LUCAS O'DELL,<br><br>       Plaintiff,<br><br>    v.<br><br>ALAMEDA COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>       Defendants. | Case No. 20-cv-09256-VC<br><br>**ORDER DISMISSING CASE**<br>Re: Dkt. No. 12 |

    O'Dell's second amended complaint is not understandable and thus dismissed as frivolous under 28 U.S.C. § 1915(e). In the alternative, for many of the reasons described by Judge Hixson's prior order (Docket No. 5), O'Dell's complaint is dismissed under 28 U.S.C. § 1915(e) for failure to state a claim because it fails to identify or adequately describe any claims O'Dell seeks to bring. Dismissal is with prejudice since O'Dell was previously instructed on how to fix his complaint but failed to do so, and since the Court cannot conceive of a way in which it could be amended to successfully state a claim.

    **IT IS SO ORDERED.**

Dated: March 12, 2021

_____
VINCE CHHABRIA
United States District Judge